UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARAFALO, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0803 JAM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed July 11, 2019, plaintiff was ordered to pay the entire $400.00 in required fees within thirty days or face dismissal of the case. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

////

////

////

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 26, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE